FILED

03 JUL -3 AM 11:38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name LEWIS    REGINALD    T.    E-filing
     (Last)    (First)    (Initial)

Prisoner Number P95159

Institutional Address SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

==========================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REGINALD T. LEWIS
(Enter the full name of plaintiff in this action.)

        vs.                              Case No. 08 3220 SBA (PR)
                                         (To be provided by the clerk of court)
CALIFORNIA DEPT.
OF CORRECTION                            COMPLAINT UNDER THE
                                         CIVIL RIGHTS ACT,
                                         42 U.S.C §§ 1983

(Enter the full name of the defendant(s) in this action))

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.   Place of present confinement SAN QUENTIN

    B.   Is there a grievance procedure in this institution?
         YES (X)    NO ( )

    C.   Did you present the facts in your complaint for review through the grievance procedure?
         YES (X)    NO ( )

    D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                          - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal **THE DEPT. OF CORRECTION**
4  **HAS FAILED TO RESPOND TO**
5  **ALL OF MY 602 APPEALS** ___ 2. First
6  formal level **STILL NO RESPONSE**
7
8
9  3. Second formal level **STILL NO RESPONSE**
10
11  _____4 Third
12  formal level **STILL NO RESPONSE.**
13  **I AM NOW SENDING LETTERS TO**
14  **SACRAMENTO**
15  E.  Is the last level to which you appealed the highest level of appeal available to
16  you?
17          YES (X)   NO ( )
18  F.  If you did not present your claim for review through the grievance procedure,
19  explain why. **N/A**
20
21
22  II. Parties
23  A.  Write your name and your present address. Do the same for additional plaintiffs,
24  if any.
25  **REGINALD LEWIS, SQSP, SAN QUENTIN, CA 94964**
26  **OLEVIA LEWIS, 2642 DONEGAL RD,**
27  **WOODVILLE, MS 39669**
28  B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                            - 2 -

1  place of employment.
2  CALIFORNIA DEPT. OF CORRECTION
3
4
5
6  _____ III.
7  Statement of Claim
8      State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 1). MULTIPLE FALSE ALLEGATIONS AND FALSE
13 CHARGES BY PAROLE OFFICERS, WHICH
14 RESULTED IN DUE PROCESS VIOLATIONS.
15 2). PAROLE DEPT. HAS BEEN UNLAWFULLY
16 BUILDING A FALSE AND DEFAMATING
17 PROFILE AGAINST THE PLAINTIFF.
18
19 3). MULTIPLE FALSE ARRESTS AND FALSE
20 PAROLE VIOLATIONS, TO CREATE A PROFILE.
21
22 4). DENIAL OF AN EMERGENCY INTERSTATE
23 COMPACT FOR OLEVIA LEWIS'S COLON
24 CANCER RECOVERY.
25 IV.    Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 PLAINTIFFS PRAY FOR THIS COURT TO:

COMPLAINT                  - 3 -

1. ORDER A PAROLE DISCHARGE FOR PLAINTIFF.
2. ORDER THE DEPT. OF CORRECTION TO PAY PLAINTIFF A MINIMUM OF $5,000.⁰⁰ (FIVE THOUSAND DOLLARS PER DAY) FOR EACH DAY OF UNLAWFUL CONFINEMENT OF 140 TO 310 DAYS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __23__ day of __JUNE__, 20_08_

_____
(Plaintiff's signature)

COMPLAINT                                  - 4 -

REGINALD LEWIS P95159
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964



LEGAL MAIL

CLERK OF U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
BOX 36060
SAN FRANCISCO, CA 94102

RECEIVED

06 JUN 27 PM 1:44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

pro se