FILED
08 JUL -3 AM 11: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)
SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REGINALD T. LEWIS                           CV 08   3220
            Plaintiff,                      CASE NO. _____

vs.                                         PRISONER'S
CALIFORNIA DEPT.                            APPLICATION TO PROCEED
OF CORRECTION                               IN FORMA PAUPERIS
            Defendant.

I, REGINALD LEWIS declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ____   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____TEK SYSTEMS_____
5 | _____
6 | _____

7 | 2.   Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:

9 |    a.   Business, Profession or            Yes ___ No ✗
10|         self employment
11|    b.   Income from stocks, bonds,         Yes ___ No ✗
12|         or royalties?
13|    c.   Rent payments?                     Yes ___ No ✗
14|    d.   Pensions, annuities, or            Yes ___ No ✗
15|         life insurance payments?
16|    e.   Federal or State welfare payments, Yes ___ No ✗
17|         Social Security or other govern-
18|         ment source?

19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____
22 | _____

23 | 3.   Are you married?                     Yes ___ No ✗
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____ Net $_____
28 | 4.   a.   List amount you contribute to your spouse's support:$ _____

1     b.     List the persons other than your spouse who are dependent upon you for
2               support and indicate how much you contribute toward their support. (NOTE:
3               For minor children, list only their initials and ages. DO NOT INCLUDE
4               THEIR NAMES.).

5    _____N/A_____

6    _____

7    5.     Do you own or are you buying a home?     Yes ___ No ✗

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.     Do you own an automobile?     Yes ___ No ✗

10   Make _____ Year _____ Model _____

11   Is it financed? Yes ___ No ___ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.     Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ___ No ___ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ___ No ___

20   _____

21   8.     What are your monthly expenses?

22   Rent: $ _____N/A_____ Utilities: _____N/A_____

23   Food: $ _____N/A_____ Clothing: _____N/A_____

24   Charge Accounts:

25   Name of Account         Monthly Payment         Total Owed on This Acct.

26   _____     $ _____     $ _____

27   _____     $ _____     $ _____

28   _____     $ _____     $ _____ 9.    Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 __6-23-08__                        ____[signature]____
17    DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

```
REPORT ID: TS3030  .701                CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 06/17/08
                                          SAN QUENTIN PRISON                             PAGE NO:     1
                                       INMATE TRUST ACCOUNTING SYSTEM
                                       INMATE TRUST ACCOUNT STATEMENT

                              FOR THE PERIOD: JAN. 01, 2008 THRU JUN. 17, 2008

ACCOUNT NUMBER  : P95159                              BED/CELL NUMBER: D 1 0000000040U
ACCOUNT NAME    : LEWIS, REGINALD TYRONE              ACCOUNT TYPE: I
PRIVILEGE GROUP : U

                               TRUST ACCOUNT ACTIVITY

 TRAN
DATE  CODE  DESCRIPTION          COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE
01/01/2008   BEGINNING BALANCE                                                      0.00
06/04*DD31   CHECK DEPOSIT 4716/R&R                       4.01                      4.01
*
                     * RESTITUTION ACCOUNT ACTIVITY

DATE           TRANS. DESCRIPTION                  TRANS. AMT.    BALANCE
DATE SENTENCED: 10/04/00        CASE NUMBER: B9945355
COUNTY CODE: SCL                FINE AMOUNT: $   400.00
01/01/2008  BEGINNING BALANCE                                     297.48
06/04/08  DR31  REST DED-CHECK DEPOSIT               4.45-        293.03

                     TRUST ACCOUNT SUMMARY
BEGINNING    TOTAL         TOTAL         CURRENT    HOLDS       TRANSACTIONS     CURRENT
 BALANCE    DEPOSITS     WITHDRAWALS     BALANCE   BALANCE      TO BE POSTED   AVAILABLE
                                                                                BALANCE
  0.00        4.01          0.00           4.01      0.00          0.00          4.01

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED        *
```