FILED
08 JUL 16 PM 3:28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REGINALD LEWIS
　　　　　　　Plaintiff,

vs.

CALIFORNIA DEPT.
OF CORRECTION    Defendant.

CASE NO. 08-3220 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, REGINALD LEWIS declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N|A
_____
_____

5. Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____
_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ____ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓
_____

8. What are your monthly expenses?

Rent: $ ―    Utilities: ―

Food: $ ―    Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___TEK SYSTEMS_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                     Yes ___  No ✓
10       self employment
11    b.   Income from stocks, bonds,                  Yes ___  No ✓
12       or royalties?
13    c.   Rent payments?                              Yes ___  No ✓
14    d.   Pensions, annuities, or                     Yes ___  No ✓
15       life insurance payments?
16    e.   Federal or State welfare payments,          Yes ___  No ✓
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                                Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NO_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ____   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  7/10/08                           [signature]
17    DATE                            SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

7-12-08

REGINALD LEWIS
P95159
SAN QUENTIN, CA 94964

DEAR CLERK,

   THE SAN QUENTIN TRUST OFFICE WILL NOT PROVIDE ME WITH MY CERTIFICATE OF FUNDS FROM MY 42 USC 1983. THEY FORWARDED MINE TO A COUNSELOR GOODWIN AND HE WOULD NOT GIVE ME THE COMPLETED CERTIFICATE. INSTEAD, HE ASKED ME FOR THE ENVELOPE AND INQUIRED ABOUT WHERE I WAS SENDING IT TO.

   PLEASE SEND ME 3 MORE 42 USC 1983 CIVIL COMPLAINT FORMS. I MAY NEED TO REFILE.

   ADDITIONALLY, WE ARE HERE SUFFERING FROM THE ~~BEING~~ FOLLOWING CONDITIONS

—OTHER SIDE—

CURRENT COMPLAINTS:

1. DENIAL OF ACCESS TO THE COURTS
2. DENIAL OF SUFFICIENT LAW LIBRARY ACCESS.
3. DENIAL OF U.S. MAIL FROM OUR FAMILIES.
4. INFESTATION OF ROACHES IN CELLS.
5. DUE PROCESS VIOLATIONS.

NOTE: PLEASE SEND AN INSPECTOR TO DONNER SECTION OF SAN QUENTIN A.S.A.P.

6. THE LIST OF COMPLAINTS GOES ON AND ON.

PLEASE SEND ME (3) 42 USC 1983 CIVIL COMPLAINTS

THANK YOU

[signature]

```
TS210B            CALIFORNIA DEPARTMENT OF CORRECTIONS
                       ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER: P95159
   ACCOUNT NAME: LEWIS, REGINALD   TYRONE
   ACCOUNT TYPE: I
CURRENT BALANCE:       0.01
   HOLD BALANCE:       0.00
 ENCUM. BALANCE:       0.00
      AVAILABLE:       0.01
PRIVILEGE GROUP: U
   LAST CANTEEN:
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
    DATE    TRAN   AMOUNT     DESCRIPTION      CHECK NUM     COMMENT     BALANCE
   ------   ----  ---------- ---------------   ---------    ----------  ---------

 06/04/08  DD31      4.01    CHECK DEPOSIT O                4716/R&R      4.01
 06/20/08  W502      4.00-   POSTAGE CHARGE                 4993/POST     0.01


PAGE#    1 OF     1 PAGES
```

REGINALD LEWIS
P05159
SN QUENTIN, CA 94964

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO. 12615     WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES