IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD T. LEWIS,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.

No. C 08-03220 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement. In an Order dated August 29, 2008, the Court notified Plaintiff that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Court informed him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 10/17/08

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

P:\PRO-SE\SBA\CR.08\Lewis3220.DISIFP.frm

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  REGINALD T. LEWIS,                                     Case Number: CV08-03220 SBA
7             Plaintiff,                                  **CERTIFICATE OF SERVICE**
8     v.
9  CA DEPT OF CORRECTION et al,
10            Defendant.
                                                /
11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13  That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

17
Reginald T. Lewis P95159
18  California State Prison - San Quentin
San Quentin, CA 94964
19
Dated: October 20, 2008
20                                                        Richard W. Wieking, Clerk
                                                          By: LISA R CLARK, Deputy Clerk
21

P:\PRO-SE\SBA\CR.08\Lewis3220.DISIFP.frm   2